1

2

3

4

5

6

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   JOSEPH DANNY PROPHET,              1:08-cv-01546 WMW (HC)

14              Petitioner,

15        vs.

16   KEN CLARK,

17              Respondent.              ORDER OF TRANSFER

18   _____/

19        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

20   28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

21   § 1915.

22        The petitioner is challenging a conviction from Sacramento County, which is part of the

23   Sacramento Division of the United States District Court for the Eastern District of California.

24   Therefore, the petition should have been filed in the Sacramento Division.

25        Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the

26

1

1    proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this

2    action will be transferred to the Sacramento Division.   This court will not rule on petitioner's

3    request to proceed in forma pauperis.

4           Good cause appearing, IT IS HEREBY ORDERED that:

5           1.  This court has not ruled on petitioner's request to proceed in forma pauperis.

6           2.  This action is transferred to the United States District Court for the Eastern District of

7    California sitting in Sacramento; and

8           3.  All future filings shall reference the new Sacramento case number assigned and shall

9    be filed at:

10                              United States District Court
                                Eastern District of California
11                              501 "I" Street, Suite 4-200
                                Sacramento, CA 95814
12
     IT IS SO ORDERED.
13
     **Dated:    October 20, 2008**                          /s/  **William M. Wunderlich**
14                                                           UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

                                                    2