IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DANNY PROPHET,

    Petitioner,        No. 2:08-cv-2507 JFM (HC)

    vs.

KEN CLARK, et al.,        ORDER AND

    Respondents.        FINDINGS AND RECOMMENDATIONS

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

    Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a). The court must now determine if the action is frivolous or malicious.

    In considering whether to dismiss an action as frivolous pursuant to § 1915(d), the court has especially broad discretion. Conway v. Fugge, 439 F.2d 1397 (9th Cir. 1971). The Ninth Circuit has held that an action is frivolous if it lacks arguable substance in law and fact. Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984). The court's determination of whether a complaint or claim is frivolous is based on "'an assessment of the substance of the claim presented, i.e., is there a factual and legal basis, of constitutional dimension, for the asserted wrong, however inartfully pleaded.'" Franklin, 745 F.2d at 1227 (citations omitted).

    Petitioner's petition was filed with the court on October 14, 2008 and transferred to the instant court on October 22, 2008. The court's own records reveal that on November 2, 2007,

1

petitioner filed a petition containing virtually identical allegations against the same respondents, which was transferred to the instant court on November 7, 2007.  (No. 2:07-cv-2391 FCD EFB).[1] Due to the duplicative nature of the present action,[2] the court finds it frivolous and, therefore, will dismiss the petition.  28 U.S.C. § 1915(d).  Petitioner is cautioned that he must pursue all of his claims pertaining to his July 30, 2002 conviction in case No. 07-cv-2391 FCD EFB.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to assign a district judge to this case;

2. Petitioner's request to proceed in forma pauperis is granted; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 5, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; prop2507.123

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

[2] Although petitioner states he was convicted on February 4, 2005 in the instant petition, and the conviction set forth in the petition in 2:07-cv-2391 states he was convicted on July 30, 2002, both petitions state he was convicted in Sacramento County Superior Court and sentenced to nine years, four months.  Also, the state court filings submitted in the instant case reflect a conviction date of July 30, 2002.  The claims for relief are identical.

2