IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DANNY PROPHET,

        Petitioner,                  No. 2:08-cv-2507 WBS JFM (HC)

   vs.

KEN CLARK, et al.,

        Respondents.         <u>ORDER</u>

                                  /

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On November 6, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections, which fail to address, or even acknowledge the reason for the Magistrate Judges findings and recommendation that this action be dismissed because it is duplicative of plaintiff's claims in case No. 2:07-cv-239 FCD EFB..

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the

1

entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 6, 2008, are adopted in full; and

2. This action is dismissed without prejudice. See Fed. R. Civ. P. 41(b).

DATED:  December 4, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/prop2507.804hc

2